*758 BENTON, Judge,
dissenting.
For the reasons stated in the portion of the previous panel decision titled “Preservation of the Issue on Appeal,” see McQuinn v. Commonwealth, 19 Va.App. 418, 420-23, 451 S.E.2d 704, 705-06 (1994), I would hold that McQuinn properly preserved for appeal the issue whether the evidence was sufficient to support the convictions. In addition, and for the reasons stated in my concurring and dissenting opinion, see id. at 425-32, 451 S.E.2d at 708-09 (Benton, J., concurring and dissenting), I would hold that the evidence was insufficient to prove beyond a reasonable doubt the elements of the offense. Therefore, I would reverse the convictions.